IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TRACY A. McCANN,

    Defendant.                               Case No. 07-cr-40032-1-DRH

### ORDER

**HERNDON, District Judge:**

       Before the Court is defendant Tracy McCann's Motion to Continue Sentencing Hearing (Doc. 56), which is currently set for July 5, 2007. A continuance of at least thirty days is sought because Defendant's counsel wishes further time to discuss certain sentencing issues with the Government. For good cause shown, Defendant's Motion (Doc. 56) is **GRANTED**. The sentencing hearing for defendant McCann is hereby reset for **August 10, 2007 at 9:30 a.m.**

       **IT IS SO ORDERED**.

       Signed this 3rd day of July, 2007.

                                              /s/      David  RHerndon
                                              **United States District Judge**